**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____

Case number *(if known)* _____    Chapter **15**

☐ Check if this an
amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual                    **12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

**1. Chapter of the Bankruptcy Code**    *Check one:*

☐ Chapter 7

■ Chapter 11

**Part 2:    Identify the Debtor**

**2. Debtor's name**    1934 Bedford LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

■ Unknown

EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| **1930 Bedford Avenue** | |
| Number          Street | Number          Street |
| | P.O. Box |
| **Brooklyn NY 11225-0000** | |
| City          State     Zip Code | City          State     Zip Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | Number     Street |
| | City          State     Zip Code |

**6. Debtor's website** (URL)

**7. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify:

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **1934 Bedford LLC** | Case number *(if known)* | |
|---|---|---|---|

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ■ No |
|---|---|---|

☐ Yes.  Debtor _____   Relationship _____

District _____   Date filed _____   Case number, if known _____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____   Date filed _____   Case number, if known _____
MM / DD / YYYY

**Part 3:    Report About the Case**

| 10. | Venue | *Check one:* |
|---|---|---|

☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|---|---|---|

*At least one box must be checked:*

☐ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ■ No |
|---|---|---|

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | **Simply Brooklyn Realty** | | $**18000** |
| | | | $ |
| | | | $ |
| | **HTC Construction Management, Inc.** | | $**100000** |
| | | | $ |
| | | | $ |
| | **HTC Plumbing, Inc.** | | $**25000** |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $**143000** |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

Debtor    **1934 Bedford LLC**                                           Case number *(if known)*

---

Part 4    **Request for Relief**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Simply Brooklyn Realty**
Name

**653 Flatbush Avenue**
Number       Street

**Brooklyn NY 11225-0000**
City                           State           Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number       Street

City                           State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **July 30, 2019**
                     MM / DD / YYYY

**/s/ Shlomo Tabak - Owner/President**
Signature of petitioner or representative, including representative's title

**Bruce Weiner, Esq**
Printed name

**Rosenberg Musso & Weiner**
Firm name, if any
**26 Court Street**
**Ste 2211**
Number       Street
**Brooklyn NY 11242-0000**
City                                    State              Zip Code
Contact phone                  Email      **courts@nybankrupt**
            **718-855-6840**                        **cy.net**

Bar number

State          **NY**

**/s/ Bruce Weiner, Esq**
Signature of attorney
Date signed    **July 30, 2019**
                     MM / DD / YYYY

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**HTC Construction Management, Inc.**
Name

**147-26 Roosevelt Avenue**
**# 2C**
Number       Street

**Flushing NY 11354-0000**
City                           State           Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number       Street

City                           State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

**Bruce Weiner, Esq.**
Printed name

**Rosenberg Musso Weiner**
Firm name, if any
**26 Court Street**
**Ste 2211**
Number       Street
**Brooklyn NY 11242-0000**
City                                    State              Zip Code
Contact phone                  Email      **courts@nybankrupt**
            **718-855-6840**                        **cy.net**

Bar number

State          **NY**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **1934 Bedford LLC**                                    Case number *(if known)* _____

Executed on    **July 30, 2019**                         **/s/ Bruce Weiner, Esq.**
                MM / DD / YYYY                          Signature of attorney

                                                        Date signed    **July 30, 2019**
**/s/ Miranda Lee - President**                                        MM / DD / YYYY
Signature of petitioner or representative, including representative's title

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**          **Bruce Weiner, Esq.**
**HTC Plumbing, Inc.**                              Printed name
Name

**147-26 Roosevelt Avenue**                         **Rosenberg Musso Weiner**
**#2C**                                             Firm name, if any
Number        Street                               **26 Court Street**
                                                   **Ste 2211**
**Flushing NY 11354-0000**                          Number      Street
City                State        Zip Code           **Brooklyn NY 11242-0000**
                                                   City              State        Zip Code
**Name and mailing address of petitioner's representative, if any**
                                                   Contact phone              Email    **courts@nybankrupt**
                                                                **718-855-6840**             **cy.net**
Name
                                                   Bar number    _____

                                                   State    **NY**
Number        Street


City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **July 30, 2019**                    **/s/ Bruce Weiner, Esq.**
                MM / DD / YYYY                      Signature of attorney

                                                   Date signed    **July 30, 2019**
**/s/ Miranda Lee - President**                                    MM / DD / YYYY
Signature of petitioner or representative, including representative's title