**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

**1934 Bedford LLC**

                        Chapter 11

                        Case No. 19-44751-cec

                **Debtor.**
-----------------------------------------------------------X

                        **AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                                : ss.:
**COUNTY OF KINGS**    )

The undersigned, being duly sworn, deposes and says:

    1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NEW YORK.**

    2. On August 6, 2019**,** I served the **Summons and Involuntary Petition** upon the persons listed below*, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                       /s/
                                                  Jasmin Gomez

Sworn to before me this
6th day of August, 2019


 /s/
NOTARY PUBLIC


                                     * SEE LIST ATTACHED*

1934 Bedford LLC
1930 Bedford Avenue
Brooklyn, New York 11225