JUNE P & L Report

Income

    Income      102,556.49

Expense

    Insurance      5,406.06

    Equipment Financing      2,715.27

    Repairs/Maintenance

| | | |
|---|---:|---:|
| Sprinkler | 952.67 | |
| Hvac | 7,860.00 | |
| Elevator | 462.72 | |
| Fire Alarm | 1,600.00 | |
| Plumbing repair | 1,775.00 | |
| Plumbing supplies | 7,478.37 | |
| Misc. Supplies | 780.00 | |
| | | 20,908.76 |

    Utilities

| | | |
|---|---:|---:|
| Water & Sewer | 757.58 | |
| Gas | 1,475.55 | |
| Phone Services | 469.62 | |
| Internet Services | 932.37 | |
| Devices | 954.34 | |
| | | 4,589.46 |

    Office      5,919.70

    Interest      15,631.26

    Legal      2,500.00

    Commission      8,700.00

    Payroll      28,490.00

    Misc.      1,678.74

    Reserves      6,017.24

    TOTAL EXPENSE      102,556.49

    NET INCOME      0.00

JULY P & L Report

Income

    Income     110,300.04

Expense

    Insurance     0.00

    Equipment Financing     2,715.27

    Repairs/Maintenance

| | | |
|---|---:|---:|
| Pest Control | 517.16 | |
| Fire Extinguisher | 819.81 | |
| Sprinkler | 0.00 | |
| Hvac | 0.00 | |
| Elevator | 0.00 | |
| Equipment repair | 4,043.62 | |
| Misc. Supplies | 1,862.00 | |
| | | 7,242.59 |

    Expediting/professional fees     3,025.00

    Utilities

| | | |
|---|---:|---:|
| Electric | 2,560.83 | |
| Water & Sewer | 0.00 | |
| Gas | 320.13 | |
| Phone Services | 0.00 | |
| Internet Services | 475.81 | |
| Devices | 512.00 | |
| | | 3,868.77 |

    Office     6,024.32

    Legal     29,710.94

    Commission     14,365.00

    Payroll     29,860.00

    Misc.     2,789.06

    Reserves     10,699.09

    TOTAL EXPENSE     110,300.04

    NET INCOME     0.00