UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

1934 Bedford LLC,

Alleged Debtor.
---------------------------------------------------------X

Case No. 19-44751-CEC
Chapter 11

ORDER SCHEDULING HEARING

WHEREAS, on August 2, 2019, an involuntary petition under chapter 11 of the Bankruptcy Code was filed against 1934 Bedford LLC (the "Alleged Debtor") by Simply Brooklyn Realty, HTC Construction Management, Inc., and HTC Plumbing, Inc. (the "Petitioning Creditors"); and

WHEREAS, on August 23, 2019, 1930 Bedford LLC (the "Secured Creditor") filed a motion for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "2004 Motion") (ECF No. 7); and

WHEREAS, on August 23, 2019, a proposed stipulation between the Alleged Debtor and the Petitioning Creditors extending the Alleged Debtor's time to respond to the involuntary petition was filed (the "Extension Stipulation") (ECF No. 9); and

WHEREAS, on August 26, 2019, the Secured Creditor filed an objection to the Extension Stipulation; and

WHEREAS, on August 29, 2019, the Alleged Debtor filed an objection to the 2004 Motion;

NOW, THEREFORE, it is

ORDERED, that a hearing on the Extension Stipulation and the 2004 Motion will be held on September 11, 2019 at 2:00 p.m. in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201.

**Dated: Brooklyn, New York**
**September 9, 2019**

**Carla E. Craig**
**United States Bankruptcy Judge**