**WAYNE GREENWALD, P.C.**
*Attorneys for Alleged Debtor*
*1934 Bedford, LLC*
475 Park Avenue South - 26th Floor
New York, NY 10016
212-983-1922
By: Wayne M. Greenwald

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re                                    Case No. 19-44751-CEC
                                         Involuntary
    1934 BEDFORD, LLC,              Chapter 11

    Alleged Debtor.
-----------------------------------------------------------X

### ALLEGED DEBTOR'S CONSENT TO THE INVOLUNTARY
### PETITION'S REQUEST FOR AN ORDER FOR RELIEF

The alleged debtor, 1934 Bedford, LLC, ("Bedford"), by its attorneys represents:

1. Bedford consents to the entry of an order for relief, under 11 U.S.C. § 303(a), sought by the involuntary petition in this case, for Bedford to be a debtor in possession under Chapter 11 of the Bankruptcy Code.

Dated: New York, NY
       September 12, 2019

                                         WAYNE GREENWALD, P.C.
                                         *Attorneys for Alleged Debtor*
                                         *1934 Bedford, LLC*
                                         475 Park Avenue South - 26th Floor
                                         New York, NY 10016
                                         212-983-1922

                                         By:___/s/ Wayne M. Greenwald__Pres.
                                                Wayne M. Greenwald