| Customer | Address |
| --- | --- |
| Ben Mandelbaum | 1930 Bedford Avenue, 5F, Brooklyn, NY 11225 |
| Chevrohn McBean | 1930 Bedford Avenue, 6A, Brooklyn, NY 11225 |
| Delvyne Santiago | 1930 Bedford Avenue, 5B, Brooklyn, NY 11225 |
| Infinity Blackett | 1930 Bedford Avenue, 6A, Brooklyn, NY 11225 |
| Maria Moroz | 1930 Bedford Avenue, 5G, Brooklyn, NY 11225 |
| Stanislaw Kowalewski | 1930 Bedford Avenue, 7A, Brooklyn, NY 11225 |
| Adam Opio | 1930 Bedford Avenue, 3B, Brooklyn, NY 11225 |
| Aditya Kaul | 1930 Bedford Avenue, 5E, Brooklyn, NY 11225 |
| Alba Pardo | 1930 Bedford Avenue, 4H, Brooklyn, NY 11225 |
| Albert Dankura | 1930 Bedford Avenue, 5A, Brooklyn, NY 11225 |
| Alec Gilarde | 1930 Bedford Avenue, 7H, Brooklyn, NY 11225 |
| Alegado, Kristian | 1930 Bedford Avenue, 3C, Brooklyn, NY 11225 |
| Alex Winkler | 1930 Bedford Avenue, 7E, Brooklyn, NY 11225 |
| Amy Ganz | 1930 Bedford Avenue, 5D, Brooklyn, NY 11225 |
| Anais Gaju | 1930 Bedford Avenue, 3B, Brooklyn, NY 11225 |
| Andray Donilenko | 1930 Bedford Avenue, 6A, Brooklyn, NY 11225 |
| Andy Seow | 1930 Bedford Avenue, 5E, Brooklyn, NY 11225 |
| Angad Malhotra | 1930 Bedford Avenue, 7E, Brooklyn, NY 11225 |
| Anna Lynch | 1930 Bedford Avenue, 6C, Brooklyn, NY 11225 |
| Anthony Hall | 1930 Bedford Avenue, 4F, Brooklyn, NY 11225 |
| Anthony Ng | 1930 Bedford Avenue, 4C, Brooklyn, NY 11225 |
| Arevalo, Janckfre | 1930 Bedford Avenue, 3C, Brooklyn, NY 11225 |
| Aria Charaman | 1930 Bedford Avenue, 6D, Brooklyn, NY 11225 |
| Ariella Landers | 1930 Bedford Avenue, 4B, Brooklyn, NY 11225 |
| Art Tiangtham | 1930 Bedford Avenue, 3A, Brooklyn, NY 11225 |
| Aubrey Lusignan | 1930 Bedford Avenue, 5C, Brooklyn, NY 11225 |
| Austin Freira | 1930 Bedford Avenue, 5H, Brooklyn, NY 11225 |
| Beauregard Gould | 1930 Bedford Avenue, 7G, Brooklyn, NY 11225 |
| Benjamin Poston | 1930 Bedford Avenue, 6B, Brooklyn, NY 11225 |
| Bernard Sabag | 1930 Bedford Avenue, 3H, Brooklyn, NY 11225 |
| Blazej Raszewski | 1930 Bedford Avenue, 7A, Brooklyn, NY 11225 |
| Bobby Rosado | 1930 Bedford Avenue, 3H, Brooklyn, NY 11225 |
| Branden Shannon | 1930 Bedford Avenue, 4G, Brooklyn, NY 11225 |
| Brent Stark | 97 Rutland Road, Brooklyn, NY  11225 |
| Briana Fennel | 1930 Bedford Avenue, 6E, Brooklyn, NY 11225 |
| Bridget O'niel | 1930 Bedford Avenue, 7C, Brooklyn, NY 11225 |
| Brittany Splain | 1930 Bedford Avenue, 7B, Brooklyn, NY 11225 |
| Bryan Jackson | 1930 Bedford Avenue, 5F, Brooklyn, NY 11225 |
| Bryant Almonte | 1930 Bedford Avenue, 4D, Brooklyn, NY 11225 |
| Cattleya Sankham | 1930 Bedford Avenue, 5D, Brooklyn, NY 11225 |
| Cesar Torres | 1930 Bedford Avenue, 3E, Brooklyn, NY 11225 |
| Chawla Raghav | 1930 Bedford Avenue, 6F, Brooklyn, NY 11225 |
| Cherie Bythwood | 1930 Bedford Avenue, 5G, Brooklyn, NY 11225 |

| Customer | Address |
|---|---|
| Christian Lovesless | 1930 Bedford Avenue, 6E, Brooklyn, NY 11225 |
| Colin Emerson | 1930 Bedford Avenue, 6B, Brooklyn, NY 11225 |
| Cordia Lam | 1930 Bedford Avenue, 5D, Brooklyn, NY 11225 |
| Daniel Casker | 1930 Bedford Avenue, 4C, Brooklyn, NY 11225 |
| Daniel Malone | 270 Hawthorne st Apt 2, Brooklyn, NY 11225 |
| Daniel Meurer | 1930 Bedford Avenue, 7D, Brooklyn, NY 11225 |
| Daniel Rosen | 1930 Bedford Avenue, 3C, Brooklyn, NY 11225 |
| David Baillie | 1930 Bedford Avenue, 4E, Brooklyn, NY 11225 |
| El Hage | 1930 Bedford Avenue, 3H, Brooklyn, NY 11225 |
| Elizabeth Cook | 1930 Bedford Avenue, 5C, Brooklyn, NY 11225 |
| Elizabeth Smith | 1930 Bedford Avenue, 7C, Brooklyn, NY 11225 |
| Eric Vargas | 1930 Bedford Avenue, 4E, Brooklyn, NY 11225 |
| Ester Tang | 1930 Bedford Avenue, 6C, Brooklyn, NY 11225 |
| George Vega | 1930 Bedford Avenue, 4G, Brooklyn, NY 11225 |
| Gilligan Dalton | 1930 Bedford Avenue, 6B, Brooklyn, NY 11225 |
| Griffin Paschall | 1930 Bedford Avenue, 4E, Brooklyn, NY 11225 |
| Gustavo Bechini | 80 Winthrop St Apt M5, Brooklyn, NY 11225 |
| Harsha Prabhala | 1930 Bedford Avenue, 5A, Brooklyn, NY 11225 |
| James McManus | 1930 Bedford Avenue, 5H, Brooklyn, NY 11225 |
| Jamie Stubock | 1930 Bedford Avenue, 4B, Brooklyn, NY 11225 |
| Jasmen Flagg | 1930 Bedford Avenue, 5C, Brooklyn, NY 11225 |
| Jayme Brown | 1930 Bedford Avenue, 7H, Brooklyn, NY 11225 |
| Jazmyne Smith | 1930 Bedford Avenue, 5B, Brooklyn, NY 11225 |
| Jeremiah Thomas | 1930 Bedford Avenue, 4G, Brooklyn, NY 11225 |
| Jocelyn Fukuda | 1930 Bedford Avenue, 5D, Brooklyn, NY 11225 |
| John Jamilkowski, John | 1930 Bedford Avenue, 3E, Brooklyn, NY 11225 |
| Johnathan Rodriguez | 1930 Bedford Avenue, 3E, Brooklyn, NY 11225 |
| Kah Wai Ling | 1930 Bedford Avenue, 4A, Brooklyn, NY 11225 |
| Kalra Pratul | 1930 Bedford Avenue, 4D, Brooklyn, NY 11225 |
| Kari Hansen | 1930 Bedford Avenue, 6F, Brooklyn, NY 11225 |
| Katie Soricelli | 1930 Bedford Avenue, 7H, Brooklyn, NY 11225 |
| Kelsey Banville | 1930 Bedford Avenue, 3D, Brooklyn, NY 11225 |
| Kevin Perine | 590 Parkside Ave #4DE, Brooklyn, NY 11226 |
| Khushabh Thakar | 1930 Bedford Avenue, 5E, Brooklyn, NY 11225 |
| Kolade Kayode | |
| Kyle Lake | 1930 Bedford Avenue, 7D, Brooklyn, NY 11225 |
| Lacien Blake | 1930 Bedford Avenue, 4F, Brooklyn, NY 11225 |
| Ledymar Albarracin | 1930 Bedford Avenue, 4A, Brooklyn, NY 11225 |
| Mackenzie Ford | 1930 Bedford Avenue, 7B, Brooklyn, NY 11225 |
| Madeline Conroy | 1930 Bedford Avenue, 5G, Brooklyn, NY 11225 |
| Manuel Guerra | 1930 Bedford Avenue, 6A, Brooklyn, NY 11225 |
| Mariam Tsarelashvilli | 1930 Bedford Avenue, 5G, Brooklyn, NY 11225 |
| Mario Maura | 1930 Bedford Avenue, 6F, Brooklyn, NY 11225 |

| Customer | Address |
| --- | --- |
| Mark Maceachen | 1930 Bedford Avenue, 3E, Brooklyn, NY 11225 |
| Maryann Crisci | 1930 Bedford Avenue, 6H, Brooklyn, NY 11225 |
| Mateo Ferro | 1930 Bedford Avenue, 3C, Brooklyn, NY 11225 |
| Melisa Pekiyi | 1930 Bedford Avenue, 6C, Brooklyn, NY 11225 |
| Michael Williams | 1930 Bedford Avenue, 4C, Brooklyn, NY 11225 |
| Minh Nguyen | 1930 Bedford Avenue, 3D, Brooklyn, NY 11225 |
| Mohamed Imam | 1930 Bedford Avenue, 5E, Brooklyn, NY 11225 |
| Mustafa Gandhi | 1930 Bedford Avenue, 6D, Brooklyn, NY 11225 |
| Natalie Roche | 1930 Bedford Avenue, 4A, Brooklyn, NY 11225 |
| Noah Oritz | 1930 Bedford Avenue, 3A, Brooklyn, NY 11225 |
| Oasis Adult Day Care Inc. | 1930 Bedford Avenue, 8A, Brooklyn, NY 11225 |
| Othaniel Thomas | 1930 Bedford Avenue, 5B, Brooklyn, NY 11225 |
| Patricia Victome | 1930 Bedford Avenue, 4H, Brooklyn, NY 11225 |
| Patrick Houston | 1930 Bedford Avenue, 6F, Brooklyn, NY 11225 |
| Paulette Coleman | 1930 Bedford Avenue, 6F, Brooklyn, NY 11225 |
| Pranjal Deep | 1930 Bedford Avenue, 5F, Brooklyn, NY 11225 |
| Raymond Mair | 1930 Bedford Avenue, 6B, Brooklyn, NY 11225 |
| Rebekka Wiedenmeyer | 1930 Bedford Avenue, 6H, Brooklyn, NY 11225 |
| Rhys Griffiths | 1930 Bedford Avenue, 4F, Brooklyn, NY 11225 |
| Robert Keown | 1930 Bedford Avenue, 3A, Brooklyn, NY 11225 |
| Roberto Avitia | 1930 Bedford Avenue, 6D, Brooklyn, NY 11225 |
| Robin Basalla | 136 Hawthorne St, Brooklyn, NY  11225 |
| Roman Movlanov | 1930 Bedford Avenue, 4D, Brooklyn, NY 11225 |
| Ronald Newman | |
| Rosandra Acosta | 1930 Bedford Avenue, 5C, Brooklyn, NY 11225 |
| Rupert Spraul | 1930 Bedford Avenue, 4B, Brooklyn, NY 11225 |
| Ryan Render | 1930 Bedford Avenue, 7E, Brooklyn, NY 11225 |
| Sadia Hiromi | 1930 Bedford Avenue, 4H, Brooklyn, NY 11225 |
| Sara Silberstein | 1930 Bedford Avenue, 5A, Brooklyn, NY 11225 |
| Savanna Aiello | 1930 Bedford Avenue, 6E, Brooklyn, NY 11225 |
| Scarlett Davis | 1930 Bedford Avenue, 3D, Brooklyn, NY 11225 |
| Sean Errity | 1930 Bedford Avenue, 6E, Brooklyn, NY 11225 |
| Serina Morrison | 1930 Bedford Avenue, 3B, Brooklyn, NY 11225 |
| Sharifa Simon | 1930 Bedford Avenue, 6C, Brooklyn, NY 11225 |
| Simran Kaur | 1930 Bedford Avenue, 6H, Brooklyn, NY 11225 |
| Sky Frank | 1930 Bedford Avenue, 4D, Brooklyn, NY 11225 |
| Suzann Henry | 1930 Bedford Avenue, 5A, Brooklyn, NY 11225 |
| Texroy Johnson | 1930 Bedford Avenue, 3D, Brooklyn, NY 11225 |
| Trevor Clune | 1930 Bedford Avenue, 4F, Brooklyn, NY 11225 |
| Wayne Petinaud | |
| Wilfred Hillman | 1930 Bedford Avenue, 4C, Brooklyn, NY 11225 |
| Zarek Simonson | 1930 Bedford Avenue, 5F, Brooklyn, NY 11225 |
| Zuzanna Rabianska | 1930 Bedford Avenue, 7A, Brooklyn, NY 11225 |