**WAYNE GREENWALD, P.C.**
*Proposed Attorneys for the Debtor,*
*1934 Bedford LLC*
475 Park Avenue South - 26th Floor
New York, New York 10016
212-983-1922

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                                                  Case No.: 19-44751-CEC

**1934 BEDFORD LLC,**                                                  Proceedings for
                                                                                            Reorganization under
                                      Debtor.       Chapter 11
---------------------------------------------------------X

## LOCAL RULE 1007-3 DECLARATION

Nikol Vonlavrinoff declares

1.     I am the above-named debtor's principal and as such am fully familiar with the statements contained herein.

2.     I submit this declaration in compliance with Rule 1007-3 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York:

3.     **(i)    The nature of the debtor's business and a concise statement of the circumstances leading to the debtor's filing under chapter 11:**

        The Debtor owns, manages and is developing the multi-unit real estate at 1930-1934 Bedford Avenue, Brooklyn,NY.  The Debtor was the subject of an involuntary bankruptcy petition resulting from a foreclosure proceeding against the Debtor's real property.

        **(ii)    If the case originally was commenced under chapter 7 or chapter 13, the name**

and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee.

Not Applicable

(iii)   The names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation:

Not Applicable

(4)   The following information with respect to each of the holders of the 20 largest unsecured claims, excluding insiders:  the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured;

The Statement of the Debtor's Twenty Largest Creditors is Annexed

(5)   The following information with respect to each of the holders of the five largest secured claims:  the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and

**whether the claim or lien is disputed:**

| **Creditor** | **Claim Amount** | **Collateral** | **Value** |
| --- | --- | --- | --- |
| 1930 Bedford Avenue LLC<br>c/o Bakenroth, Frankel & Krinsky<br>800 Third Avenue<br>New York, New York 10022 | $18,689,275. Disp. | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Congregtion Bnai Jacob<br>7926 Algon Ave<br>Philadelphia, PA | $1,500,000 | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Bright Light Corp .<br>621 Ditmas Ave<br>Brooklyn, NY | 84, 482 Disp. | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| B&H Contracting<br>7129 Roosevelt Ave<br>Jackson Heights, NY | 40,000 Disp. | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Gypsum New York Sales Corp<br>1552 Stephens Ave<br>Merrick, NY | 1,200 | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Rent a Unit<br>543 Bedford Ave #243<br>Brooklyn, NY | 2,448.59 | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| E&W Wholesale Elec. Inc.<br>208 Walworth St<br>Brooklyn, NY | 35,000 Disp. | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Certified Lumber<br>470 Kent Avenue<br>Brooklyn, NY | 23, 681 | 1930-1934 Bedford Ave,<br>Brooklyn, NY | $38.6 mm |
| Eastern Funding LLC<br>213 West 35th Street<br>New York, NY | 50,909.36 | Gym Equipment | Unknown |
| Eastern Funding LLC<br>213 West 35th Street<br>New York, NY | 33,707.95 | Laundry Equipment | Unknown |

**(6)** **A summary of the debtor's assets and liabilities:**

        Assets:        Real estate, approx. value $38,600,000

        Liabilities:    Approx $28,500,000

**(7)** **The number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held:**

        N/A

**(8)** **A list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending:**

        None

**(9)** **A list of the premises owned, leased, or held under other arrangement from which the debtor operates its business:**

| Location | Arrangement |
|---|---|
| 1930-1934 Bedford Ave, Brooklyn, NY | Owned |

**(10)** **The location of the debtor's substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States:**

        1930-1934 Bedford Ave, Brooklyn, NY

        None outside of the United States

**(11)** **The nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent:**

*1934 Bedford, LLC, v. 1930 Bedford Ave., LLC*

*1930 Bedford Ave., LLC, v. 1934 Bedford, LLC*

*Lois-Jean Charles Atangana v. Nikol Louis Miassoeoff, et al.*

**(12)** **The names of the individuals who comprise the debtor's existing senior management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.**

Nikol Vonlavrinoff - Managing Member

Involved since inception. Responsible for all aspects of management and decision making

**(b)** *Additional Information if Business Is to Continue*. **If the debtor intends to continue to operate its business, the affidavit shall so state and set forth:**

**(1)** **The estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition:**          $17,000

**(2)** **The amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition --**

**(A)** **If the debtor is a corporation, to officers, stockholders, and directors:**

Not Applicable

**(B)** **If the debtor is an individual or a partnership, to the individual or the members of the**

**partnership:**         $25,000

**(C) If a financial or business consultant has been retained by the debtor, to the consultant:**

    N/A

**(3)    A schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.**

| | |
|---|---|
| Estimated cash receipts: | $126,626.16 |
| Estimated cash disbursements: | $125,965.27 |
| Net cash gain or (loss): | $    660.89 |
| Obligations expected to accrue but remain unpaid: | $    00.00 |

I declare the foregoing statements of fact to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated: Brooklyn, New York
      October 7, 2019

                                                                                  _____/s/   Nikol Vonlavrinoff
                                                                                  Nikol Vonlavrinoff

: