**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re                                                                          Case No.: 19-44751-CEC

**1934 BEDFORD LLC,**                                              Proceedings for
                                                                                         Reorganization under
                                            Debtor.                 Chapter 11
----------------------------------------------------------X

### ORDER GRANTING THE DEBTOR'S MOTION
### TO RETAIN IMSPEIGEL LLC
### <u>AS ACCOUNTANTS THE DEBTOR</u>

Upon the motion of the above-named Debtor and Debtor in possession, (sometimes referred to as the "Debtor") (the "Motion"), the declaration of Ira Spiegel, dated October 11, 2019, "no-objection" of the Office of the United States Trustee; and it appearing that the employment of the firm of IMSPIEGEL, LLC ("IMSPIEGEL"), as accountants for the Debtor is in the best interests of the Debtor and Debtor's estate; and it appearing that no further notice is required, and no adverse interest being represented; and sufficient cause appearing therefor, it is

**ORDERED**, that, the Debtor be and hereby are authorized to employ IMSPIEGEL as its accountants in this case, to render the services stated in the accompanying Motion; and it is further  is further

**ORDERED**, that the compensation and reimbursement of expenses to be paid to IMSPIEGEL shall be upon application to the Court, pursuant to 11 U.S.C. § 330 and 331; and it is further

**ORDERED**, that prior to any increase in hourly rates charged to the Debtor, IMSPIEGEL shall file a supplemental affidavit with the Court and give ten business days' notice to the Debtor, the United States Trustee and any official creditors' committee, if applicable, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section

330(a)(3)(F) of the Bankruptcy Code and indicate whether the client has received notice of and approved the proposed rate increase.

Dated:  New York, New York
       October        , 2019

                                                          _____
                                                          United States Chief Bankruptcy Judge

Dated: New York, New York
      October    , 2019

No Objection

Office of the United States
Trustee Region 2

By:_____
      Trial Attorney