UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

        1934 BEDFORD LLC,

                      Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 19-44751-CEC

## SCHEDULING ORDER

        WHEREAS on August 2, 2019, unsecured creditors Simply Brooklyn Realty, HTC Construction Management, Inc., and HTC Pluming, Inc. (the "Petitioners") filed an Involuntary Bankruptcy Petition (the "Involuntary Petition") against 1934 Bedford, LLC (the "Debtor") under Chapter 11 of the Bankruptcy Code; and

        WHEREAS on September 12, 2019, the Debtor consented to the entry of an order for relief to be a debtor in possession under Chapter 11 of the Bankruptcy Code (the "Consent Order") [ECF No. 19]; and

        WHEREAS an order for relief was entered on October 1, 2019 [ECF No. 30]; and

        WHEREAS a hearing was held on October 2, 2019 (the "October 2 Hearing");

NOW, THEREFORE, IT IS

        ORDERED that the Debtor shall file any objection to the claim of 1930 Bedford Avenue LLC (Claim # 1) on or before October 18, 2019; and it is further

        ORDERED that any response to the claim objection be filed on or before November 1, 2019; and it is further

        ORDERED that any further replies be filed on or before November 5, 2019 at 12:00 P.M.; and it is further

        ORDERED that a hearing on the objection shall be held on November 6, 2019, at 4:00 P.M. at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 3529.



**Dated: Brooklyn, New York**
       **October 15, 2019**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**