**WAYNE GREENWALD, P.C.**
*Proposed Attorneys for the Debtor,*
*1934 Bedford LLC*
475 Park Avenue South - 26th Floor
New York, New York 10016
212-983-1922

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re | Case No.: 19-44751-CEC |
| **1934 BEDFORD LLC,** | Proceedings for Reorganization under |
| Debtor. | Chapter 11 |

-----------------------------------------------------------X

### SUPPLEMENTAL DECLARATION IN SUPPORT OF THE DEBTOR'S MOTION TO RETAIN WAYNE GREENWALD, P.C. AS COUNSEL TO THE DEBTOR

Wayne M. Greenwald, declares:

1. I am an attorney admitted to practice law before this Court and am a member of the law firm of Wayne Greenwald, P.C. ("WGpc"), which maintains its offices at 475 Park Avenue South, 26th Floor, New York, New York.

2. I submit this supplemental declaration in support of the above-named Debtor's motion to retain WGpc, as the Debtor's attorneys in this case.

3. The conflict check conducted by the Firm was reviewing the list of the Debtor's creditors and parties in and determining whether we knew or had dealings with any of them. Other than our disclosed pre-petition engagement by the Debtor, there was none.

4. We seek an order of retention, nunc pro tunc, as of September 11, 2019.

5. To the best of our knowledge, the retainer came from the Debtor

I declare the foregoing statements to be true and correct under penalties of perjury,

pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
      November 1, 2019

                                              ____/s/ Wayne M. Greenwald_____
                                                  Wayne M. Greenwald