## PROJECTIONS 2020 - 2021
## IF THE DEBTOR REFINANCES AND
## RETAINS CONTROL OF ITS REAL ESTATE

**2020**

|          | Jan      | Feb      | Mar      | Apr      | May      | Jun      | Jul      | Aug      | Sep      | Oct      | Nov      | Dec      | Net/yr |
|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|--------|
| Income   | 110,000  | 120,000  | 130,000  | 140,000  | 150,000  | 160,000  | 170,000  | 170,000  | 170,000  | 180,000  | 180,000  | 180,000  |        |
| Expenses | -35,000  | -35,000  | -35,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  |        |
| Mortgage | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 |        |
| Net      | -44,354  | -34,354  | -24,354  | -4,354   | 5,646    | 15,646   | 25,646   | 25,646   | 25,646   | 35,646   | 35,646   | 35,646   | 97,752 |

**2021**

|          | Jan      | Feb      | Mar      | Apr      | May      | Jun      | Jul      | Aug      | Sep      | Oct      | Nov      | Dec      | Net/yr  |
|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|---------|
| Income   | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  | 180,000  |         |
| Expenses | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  | -25,000  |         |
| Mortgage | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 | -119,354 |         |
| Net      | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 35,646   | 427,752 |