## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  1934 BEDFORD, LLC | CASE NO: 19-44751 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 5/22/2020, I did cause a copy of the following documents, described below,

Objection to Von Lavrinoff Claim

Motion to Estimate Mortgagee Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/22/2020

/s/ Mark Frankel
Mark Frankel  1989
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE: 1934 BEDFORD, LLC

CASE NO: 19-44751

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 5/22/2020, a copy of the following documents, described below,

Objection to Von Lavrinoff Claim

Motion to Estimate Mortgagee Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/22/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              DEBTOR                                    CONGREGATION BNAI JACOB
 LABEL MATRIX FOR LOCAL NOTICING       1934 BEDFORD LLC                          7926 ALGON AVENUE
02071                                  1930 BEDFORD AVENUE                       PHILADELPHIA PA 19111-2827
CASE 1-19-44751-CEC                    BROOKLYN NY 11225-5382
EASTERN DISTRICT OF NEW YORK
BROOKLYN
FRI MAY 22 13-43-00 EDT 2020



IMSPIEGEL LLC                          271 C CADMAN PLAZA EAST SUITE 1595        1930 BEDFORD AVENUE LLC
1419 E 101ST                           BROOKLYN NY 11201-1800                    CO BACKENROTH FRANKEL
BROOKLYN NY 11236-5507                                                           KRINSKY LLP
                                                                                 800 THIRD AVENUE
                                                                                 NEW YORK NY 10022-7649



1930 BEDFORD AVENUE LLC                ADAM OPIO                                 ADITYA KAUL
CO MARK FRANKEL                        1930 BEDFORD AVENUE                       1930 BEDFORD AVENUE
BACKENROTH FRANKEL  KRINSKY LLP        APT 3B                                    APT 5E
800 3RD AVE FL 11                      BROOKLYN NY 11225-5384                    BROOKLYN NY 11225-5385
NEW YORK NY 10022-7651



ALBA PARDO                             ALBERT DANKURA                            ALEC GILARDE
1930 BEDFORD AVENUE 4H                 1930 BEDFORD AVENUE 5A                    1930 BEDFORD AVENUE 7H
BROOKLYN NY 11225-5384                 BROOKLYN NY 11225-5384                    BROOKLYN NY 11225-5385



ALEGADO KRISTIAN                       ALEX WINKLER                              AMY GANZ
1930 BEDFORD AVENUE 3C                 1930 BEDFORD AVENUE 7E                    1930 BEDFORD AVENUE 5D
BROOKLYN NY 11225-5384                 BROOKLYN NY 11225-5385                    BROOKLYN NY 11225-5384



ANAIS GAJU                             ANDRAY DONILENKO                          ANDY SEOW
1930 BEDFORD AVENUE 3B                 1930 BEDFORD AVENUE                       1930 BEDFORD AVENUE 5E
BROOKLYN NY 11225-5384                 APT 6A                                    BROOKLYN NY 11225-5385
                                       BROOKLYN NY 11225-5385



ANGAD MALHOTRA                         ANNA LYNCH                                ANTHONY HALL
1930 BEDFORD AVENUE 7E                 1930 BEDFORD AVENUE 6C                    1930 BEDFORD AVENUE 4F
BROOKLYN NY 11225-5385                 BROOKLYN NY 11225-5385                    BROOKLYN NY 11225-5384



ANTHONY NG                             AREVALO JANCKFRE                          ARIA CHARAMAN
1930 BEDFORD AVENUE 4C                 1930 BEDFORD AVENUE 3C                    1930 BEDFORD AVENUE 6D
BROOKLYN NY 11225-5384                 BROOKLYN NY 11225-5384                    BROOKLYN NY 11225-5385



ARIELLA LANDERS                        ART TIANGTHAM                             AUBREY LUSIGNAN
1930 BEDFORD AVENUE 4B                 1930 BEDFORD AVENUE 3A                    1930 BEDFORD AVENUE 5C
BROOKLYN NY 11225-5384                 BROOKLYN NY 11225-5384                    BROOKLYN NY 11225-5384
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AUSTIN FREIRA
1930 BEDFORD AVENUE 5H
BROOKLYN NY 11225-5385

B H CONTRACTING CORP
7129 ROOSEVELT AVE
JACKSON HEIGHTS NY 11372-6136

BEAUREGARD GOULD
1930 BEDFORD AVENUE 7G
BROOKLYN NY 11225-5385

BEN MANDELBAUM
1930 BEDFORD AVENUE
APT 5F
BROOKLYN NY 11225-5385

BENJAMIN POSTON
1930 BEDFORD AVENUE 6B
BROOKLYN NY 11225-5385

BERNARD SABAG
1930 BEDFORD AVENUE 3H
BROOKLYN NY 11225-5384

BLAZEJ RASZEWSKI
1930 BEDFORD AVENUE 7A
BROOKLYN NY 11225-5385

BOBBY ROSADO
1930 BEDFORD AVENUE 3H
BROOKLYN NY 11225-5384

BRANDEN SHANNON
1930 BEDFORD AVENUE 4G
BROOKLYN NY 11225-5384

BRENT STARK
97 RUTLAND ROAD
BROOKLYN NY 11225-5312

BRIANA FENNEL
1930 BEDFORD AVENUE 6E
BROOKLYN NY 11225-5385

BRIDGET ONIEL
1930 BEDFORD AVENUE 7C
BROOKLYN NY 11225-5385

BRIGHT LIGHT CORP
621 DITMAS AVENUE
BROOKLYN NY 11218-5907

BRITTANY SPLAIN
1930 BEDFORD AVENUE 7B
BROOKLYN NY 11225-5385

BRUCE WEINER
ROSENBERG MUSSO  WEINER LLP
26 COURT STREET
SUITE 2211
BROOKLYN NY 11242-1122

BRYAN JACKSON
1930 BEDFORD AVENUE 5F
BROOKLYN NY 11225-5385

BRYANT ALMONTE
1930 BEDFORD AVENUE 4D
BROOKLYN NY 11225-5384

CONSOLIDATED EDISON COMPANY OF NEW YORK INC
BANKRUPTCY GROUP
4 IRVING PLACE 1875-S
NEW YORK NY 10003-3502

CONSOLIDATED EDISON COMPANY OF NEW YORK INC
BANKRUPTCY GROUP
4 IRVING PLACE 1875-S
NEW YORY NY 10003-3502

CATTLEYA SANKHAM
1930 BEDFORD AVENUE 5D
BROOKLYN NY 11225-5384

CERTIFIED LUMBER CORP
470 KENT AVE
BROOKLYN NY 11249-5986

CESAR TORRES
1930 BEDFORD AVENUE 3E
BROOKLYN NY 11225-5384

CHAWLA RAGHAV
1930 BEDFORD AVENUE 6F
BROOKLYN NY 11225-5385

CHERIE BYTHWOOD
1930 BEDFORD AVENUE 5G
BROOKLYN NY 11225-5385

CHEVROHN MCBEAN
1930 BEDFORD AVENUE
APT 6A
BROOKLYN NY 11225-5385

CHRISTIAN LOVESLESS
1930 BEDFORD AVENUE 6E
BROOKLYN NY 11225-5385

COLIN EMERSON
1930 BEDFORD AVENUE 6B
BROOKLYN NY 11225-5385

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CORDIA LAM
1930 BEDFORD AVENUE 5D
BROOKLYN NY 11225-5384

COUNTYWIDE BUILDERS INC
100 BEARD STREET
BROOKLYN NY 11231-1502

DANIEL CASKER
1930 BEDFORD AVENUE 4C
BROOKLYN NY 11225-5384

DANIEL MALONE
270 HAWTHORNE ST APT 2
BROOKLYN NY 11225-6169

DANIEL MEURER
1930 BEDFORD AVENUE 7D
BROOKLYN NY 11225-5385

DANIEL ROSEN
1930 BEDFORD AVENUE 3C
BROOKLYN NY 11225-5384

DAVID BAILLIE
1930 BEDFORD AVENUE 4E
BROOKLYN NY 11225-5384

DELVYNE SANTIAGO
1930 BEDFORD AVENUE
APT 5B
BROOKLYN NY 11225-5384

EW WHOLESALE ELECRICAL
INC
208 WALWORTH ST
BROOKLYN NY 11205-4505

EASTERN FUNDING LLC
213 WEST 35TH STREET 10TH FLOOR
NEW YORK NEW YORK 10001-0209

EASTERN FUNDING LLC
213 WEST 35TH STREET
NEW YORK NY 10001-0209

EL HAGE
1930 BEDFORD AVENUE 3H
BROOKLYN NY 11225-5384

ELIZABETH COOK
1930 BEDFORD AVENUE 5C
BROOKLYN NY 11225-5384

ELIZABETH SMITH
1930 BEDFORD AVENUE 7C
BROOKLYN NY 11225-5385

ERIC VARGAS
1930 BEDFORD AVENUE 4E
BROOKLYN NY 11225-5384

ESTER TANG
1930 BEDFORD AVENUE 6C
BROOKLYN NY 11225-5385

GEORGE VEGA
1930 BEDFORD AVENUE 4G
BROOKLYN NY 11225-5384

GILLIGAN DALTON
1930 BEDFORD AVENUE 6B
BROOKLYN NY 11225-5385

GRIFFIN PASCHALL
1930 BEDFORD AVENUE 4E
BROOKLYN NY 11225-5384

GUSTAVO BECHINI
80 WINTHROP ST APT M5
BROOKLYN NY 11225-6023

GYPSUM NEW YORK SALES
CORP
1552 STEVENS AVENUE
MERRICK NY 11566-2237

HTC CONSTRUCTION MGMT
14726 ROOSEVELT AVENUE
2C
FLUSHING NY 11354-4740

HTC CONSTRUCTION MANAGEMENT INC
14726 ROOSEVELT AVENUE
2C
FLUSHING NY 11354-4740

HTC PLUMBING INC
14726 ROOSEVELT AVENUE
2C
FLUSHING NY 11354-4740

HTC PLUMBING INC
14736 PLUMBING INC
2C
FLUSHING NY 11354

HARSHA PRABHALA
1930 BEDFORD AVENUE 5A
BROOKLYN NY 11225-5384

INDUSTRY CONCRETE SUPPLY
CO DEALY SILBERSTEIN
MILO SILBERSTEIN
225 BROADWAY RM 1405
BROOKLYN NY 11211

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INFINITY BLACKETT
1930 BEDFORD AVENUE
APT 6A
BROOKLYN NY 11225-5385

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES MCMANUS
1930 BEDFORD AVENUE 5H
BROOKLYN NY 11225-5385

JAMIE STUBOCK
1930 BEDFORD AVENUE 4B
BROOKLYN NY 11225-5384

JASMEN FLAGG
1930 BEDFORD AVENUE 5C
BROOKLYN NY 11225-5384

JAYME BROWN
1930 BEDFORD AVENUE 7H
BROOKLYN NY 11225-5385

JAZMYNE SMITH
1930 BEDFORD AVENUE 5B
BROOKLYN NY 11225-5384

JEREMIAH THOMAS
1930 BEDFORD AVENUE 4G
BROOKLYN NY 11225-5384

JOCELYN FUKUDA
1930 BEDFORD AVENUE 5D
BROOKLYN NY 11225-5384

JOHN JAMILKOWSK
1930 BEDFORD AVENUE 3E
BROOKLYN NY 11225-5384

JOHNATHAN RODRIGUEZ
1930 BEDFORD AVENUE 3E
BROOKLYN NY 11225-5384

KAH WAI LING
1930 BEDFORD AVENUE 4A
BROOKLYN NY 11225-5384

KALRA PRATUL
1930 BEDFORD AVENUE 4D
BROOKLYN NY 11225-5384

KARI HANSEN
1930 BEDFORD AVENUE 6F
BROOKLYN NY 11225-5385

KATIE SORICELLI
1930 BEDFORD AVENUE 7H
BROOKLYN NY 11225-5385

KELSEY BANVILLE
1930 BEDFORD AVENUE 3D
BROOKLYN NY 11225-5384

KEVIN PERINE
590 PARKSIDE AVE 4DE
BROOKLYN NY 11226-1598

KHUSHABH THAKAR
1930 BEDFORD AVENUE 5E
BROOKLYN NY 11225-5385

KYLE LAKE
1930 BEDFORD AVENUE 7D
BROOKLYN NY 11225-5385

LACIEN BLAKE
1930 BEDFORD AVENUE 4F
BROOKLYN NY 11225-5384

LEDYMAR ALBARRACIN
1930 BEDFORD AVENUE 4A
BROOKLYN NY 11225-5384

LOIS JEAN CHARLES ATANGAN
CO ROZARIO   ASSOCIATES
ROVIN R ROZARIO ESQ
175 REMSEN ST ROOM 602
BROOKLYN NY 11201-4300

MACKENZIE FORD
1930 BEDFORD AVENUE 7B
BROOKLYN NY 11225-5385

MADELINE CONROY
1930 BEDFORD AVENUE 5G
BROOKLYN NY 11225-5385

MANUEL GUERRA
1930 BEDFORD AVENUE 6A
BROOKLYN NY 11225-5385

MARIA MOROZ
1930 BEDFORD AVENUE
APT 5G
BROOKLYN NY 11225-5385

MARIAM TSARELASHVILLI
1930 BEDFORD AVENUE 5G
BROOKLYN NY 11225-5385

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MARIO MAURA
1930 BEDFORD AVENUE 6F
BROOKLYN NY 11225-5385

MARK MACEACHEN
1930 BEDFORD AVENUE 3E
BROOKLYN NY 11225-5384

MARYANN CRISCI
1930 BEDFORD AVENUE 6H
BROOKLYN NY 11225-5385

MATEO FERRO
1930 BEDFORD AVENUE 3C
BROOKLYN NY 11225-5384

MELISA PEKIYI
1930 BEDFORD AVENUE 6C
BROOKLYN NY 11225-5385

MESEROLE PLAZA LLC
1310 48TH STREET
SUITE 300
BROOKLYN NY 11219-3161

MICHAEL WILLIAMS
1930 BEDFORD AVENUE 4C
BROOKLYN NY 11225-5384

MINH NGUYEN
1930 BEDFORD AVENUE 3D
BROOKLYN NY 11225-5384

MOHAMED IMAM
1930 BEDFORD AVENUE 5E
BROOKLYN NY 11225-5385

MUSTAFA GANDHI
1930 BEDFORD AVENUE 6D
BROOKLYN NY 11225-5385

NYC WATER BOARD
ANDREW RETTIG
ASSISTANT COUNSEL
59-17 JUNCTION BLVD 13TH FLOOR
ELMHURST NY 11373-5188

NATALIE ROCHE
1930 BEDFORD AVENUE 4A
BROOKLYN NY 11225-5384

NIKOL VON LAVRINOFF
1310 48TH STREET
SUITE 300
BROOKLYN NY 11219-3161

NOAH ORITZ
1930 BEDFORD AVENUE 3A
BROOKLYN NY 11225-5384

OASIS ADULT DAY CARE INC
1930 BEDFORD AVENUE 8A
BROOKLYN NY 11225-5382

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY BROOKLYN OFFICE
US FEDERAL OFFICE BUILDING
201 VARICK STREET SUITE 1006
NEW YORK NY 10014-4811

OTHANIEL THOMAS
1930 BEDFORD AVENUE 5B
BROOKLYN NY 11225-5384

PATRICIA VICTOME
1930 BEDFORD AVENUE 4H
BROOKLYN NY 11225-5384

PATRICK HOUSTON
1930 BEDFORD AVENUE 6F
BROOKLYN NY 11225-5385

PAULETTE COLEMAN
1930 BEDFORD AVENUE 6F
BROOKLYN NY 11225-5385

PRANJAL DEEP
1930 BEDFORD AVENUE 5F
BROOKLYN NY 11225-5385

RAYMOND MAIR
1930 BEDFORD AVENUE 6B
BROOKLYN NY 11225-5385

REBEKKA WIEDENMEYER
1930 BEDFORD AVENUE 6H
BROOKLYN NY 11225-5385

RENT A UNIT
543 BEDFORD AVE
243
BROOKLYN NY 11211-8511

RHYS GRIFFITHS
1930 BEDFORD AVENUE 4F
BROOKLYN NY 11225-5384

ROBERT KEOWN
1930 BEDFORD AVENUE 3A
BROOKLYN NY 11225-5384

ROBERTO AVITIA
1930 BEDFORD AVENUE 6D
BROOKLYN NY 11225-5385

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROBIN BASALLA
136 HAWTHORNE ST
BROOKLYN NY 11225-5802

ROMAN MOVLANOV
1930 BEDFORD AVENUE 4D
BROOKLYN NY 11225-5384

ROSANDRA ACOSTA
1930 BEDFORD AVENUE 5C
BROOKLYN NY 11225-5384

RUPERT SPRAUL
1930 BEDFORD AVENUE 4B
BROOKLYN NY 11225-5384

RYAN RENDER
1930 BEDFORD AVENUE 7E
BROOKLYN NY 11225-5385

SADIA HIROMI
1930 BEDFORD AVENUE 4H
BROOKLYN NY 11225-5384

SARA SILBERSTEIN
1930 BEDFORD AVENUE 5A
BROOKLYN NY 11225-5384

SAVANNA AIELLO
1930 BEDFORD AVENUE 6E
BROOKLYN NY 11225-5385

SCARLETT DAVIS
1930 BEDFORD AVENUE 3D
BROOKLYN NY 11225-5384

SEAN ERRITY
1930 BEDFORD AVENUE 6E
BROOKLYN NY 11225-5385

SERINA MORRISON
1930 BEDFORD AVENUE 3B
BROOKLYN NY 11225-5384

SHARIFA SIMON
1930 BEDFORD AVENUE 6C
BROOKLYN NY 11225-5385

SIMPLY BROOKLYN REALTY
653 FLATBUSH AVENUE
BROOKLYN NY 11225-5609

SIMRAN KAUR
1930 BEDFORD AVENUE 6H
BROOKLYN NY 11225-5385

SKY FRANK
1930 BEDFORD AVENUE 4D
BROOKLYN NY 11225-5384

STANISLAW KOWALEWSKI
1930 BEDFORD AVENUE
APT 7A
BROOKLYN NY 11225-5385

SUZANN HENRY
1930 BEDFORD AVENUE 5A
BROOKLYN NY 11225-5384

TEXROY JOHNSON
1930 BEDFORD AVENUE 3D
BROOKLYN NY 11225-5384

THE BOARD OF MANAGERS OF
1930 BEDFORD AVE CONDO
1310 48TH STREET
SUITE 300
BROOKLYN NY 11219-3161

TREVOR CLUNE
1930 BEDFORD AVENUE 4F
BROOKLYN NY 11225-5384

UTU ELEVATOR INC
8852 17TH AVENUE
BROOKLYN NY 11214-5821

WAYNE PETINAUD
1930 BEDFORD AVE
BROOKLYN NY 11225-5382

WILFRED HILLMAN
1930 BEDFORD AVENUE 4C
BROOKLYN NY 11225-5384

ZAREK SIMONSON
1930 BEDFORD AVENUE 5F
BROOKLYN NY 11225-5385

ZUZANNA RABIANSKA
1930 BEDFORD AVENUE 7A
BROOKLYN NY 11225-5385

JOSEPH J HASPEL
1 WEST MAIN STREET
GOSHEN NY 10924-1915

RACHEL S BLUMENFELD
LAW OFFICE OF RACHEL S BLUMENFELD
26 COURT STREET
SUITE 2220
BROOKLYN NY 11242-1122